# United States Court of Appeals
## For the First Circuit

No. 10-2086

HOUSE OF FLAVORS, INC.,

Plaintiff, Appellee,

v.

TFG MICHIGAN, L.P.,

Defendant, Appellant.

ERRATA

The opinion of this Court, issued on June 23, 2011, should be amended as follows.

On page 14, line 4 down on page, delete "more".